No. 90–5042.  GRAY *v.* CITY OF HOUSTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5043.  CAMPBELL *v.* FLATHEAD COUNTY SHERIFF ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–5046.  DURAN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5048.  ERWIN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–5049.  FRANCO *v.* ARIZONA ET AL.  Ct. App. Ariz. Certiorari denied.

No. 90–5052.  MADDEN *v.* THORBURN ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–5053.  MACK *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–5054.  NETELKOS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–5055.  MYERS *v.* CALLAHAN, SUPERINTENDENT, MC-NEIL ISLAND CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 90–5056.  HURD *v.* HURD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–5057.  MUNIYR, AKA GREEN *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5058.  HARRISON *v.* WATTS.  C. A. 5th Cir.  Certiorari denied.

No. 90–5059.  HUGHES *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5062.  SHANLEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5063.  PRINCE *v.* ROGERS.  C. A. 3d Cir.  Certiorari denied.